LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JANNICE RIDDICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2: 13-CR-0103 MCE |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS** |
| vs. | |
| JANNICE RIDDICK, | |
| Defendant. | |

## **STIPULATION**

Pursuant to the recommendation of Pretrial Services Officer Michael R. Evans, the parties hereto, through their undersigned counsel, hereby stipulate that the defendant's pretrial release terms be modified as follows:

The release term prohibiting employment in the real estate or mortgage industries shall be modified as follows: "You shall not be employed in the real estate or mortgage industry, unless approved of in advance by Pretrial Services." All other release conditions shall remain.

///

///

STIP AND ORDER MODIFYING RELEASE CONDITION
USA v. RIDDICK, 13-103 MCE

Respectfully submitted,

Dated:  September 4, 2013          /s/ Chris Cosca_____
                                   CHRIS COSCA
                                   Attorney for Defendant


Dated:  September 4, 2013          _/s/ Chris Cosca for  _____
                                   TODD PICKLES
                                   Assistant US Attorney
                                   Attorney for Plaintiff

### ORDER

**IT IS SO ORDERD.**

All other terms of the defendant's release shall remain in full force and effect.

Dated: September  4,  2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE