UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 02, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JANNICE RIDDICK,

    Defendant.

Case No. 2:13-cr-00103-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JANNICE RIDDICK__,

Case No. __2:13-cr-00103-MCE__ from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ __25,000__

        __X__ Unsecured Appearance Bond $ __25,000__

        \_\_\_\_\_ Appearance Bond with 10% Deposit

        \_\_\_\_\_ Appearance Bond with Surety

        \_\_\_\_\_ Corporate Surety Bail Bond

    __X__ (Other): __Defendant to be released the morning of 12/8/2014 at 9:00 AM to meet with Pretrial Services. Thereafter she shall remain in the third-party custody of Patricia Holmes__

Issued at Sacramento, California on December 02, 2014 at __2:30 pm__

By: _____

Magistrate Judge Carolyn K. Delaney