UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-CR-00103-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JANNICE RIDDICK, | |
| Defendant. | |

The Court is in receipt of the Government's Request to Vacate Restitution Hearing (ECF No. 238). Good cause having been shown, that Request is GRANTED and the June 25, 2015, restitution hearing is VACATED. The Court's restitution order as to Defendant Jannice Riddick is also VACATED. An amended judgment will issue.

IT IS SO ORDERED.

Dated: June 29, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1