McGREGOR W. SCOTT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00103 MCE |
|---|---|
| Plaintiff, | AMENDED STIPULATION TO CONTINUE ADMIT/DENY HEARING; FINDINGS AND ORDER |
| v. | |
| JANNICE RIDDICK, | DATE: September 3, 2020 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

This case is set for an admit/deny hearing on September 3, 2020. On May 13, 2020, this Court issued General Order 618, which suspends all jury trials in the Eastern District of California "until further notice." Further, pursuant to General Order 611, this Court's declaration of judicial emergency under 18 U.S.C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020 continuing this Court's judicial emergency, this Court has allowed district judges to continue all criminal matters to a date after May 2, 2021.[1] This and previous General Orders, as well as the declarations of judicial emergency, were entered to address public health concerns related to COVID-19.

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, counsel for Plaintiff, and Christopher R. Cosca, counsel for Jannice Riddick**, that the initial appearance and admit/deny hearing scheduled for September 3, 2020 may be vacated and continued to December 3, 2020 at 10:00 a.m.**

---

[1] A judge "may order case-by-case exceptions" at the discretion of that judge "or upon the request of counsel, after consultation with counsel and the Clerk of the Court to the extent such an order will impact court staff and operations." General Order 618, ¶ 7 (E.D. Cal. May 13, 2020).

STIPULATION TO CONTINUE ADMIT/DENY HEARING      1

This continuance is requested to allow defense counsel the opportunity to conduct further legal research and arrange a meeting with Defendant to discuss potential resolution. The defendant's state case has not been adjudicated, therefore the parties agree to continue the case. In addition, it appears that the defendant has not been arraigned on the Superseding Petition filed on August 26, 2020. The parties request an arraignment on the Superseding Petition. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

IT IS SO STIPULATED.

Dated:  November 24, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ ROGER YANG
ROGER YANG
Assistant United States Attorney

Dated:  November 24, 2020

/s/ CHRISTOPHER R. COSCA
CHRISTOPHER R. COSCA
Counsel for Defendant
JANNICE RIDDICK

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  November 26, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE ADMIT/DENY HEARING       2