McGREGOR W. SCOTT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>JANNICE RIDDICK,<br><br>                  Defendant. | CASE NO. 2:13-CR-00103 MCE<br><br>STIPULATION TO CONTINUE ADMIT/DENY HEARING; FINDINGS AND ORDER<br><br>DATE: December 10, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

This case was originally set for an admit/deny hearing on December 3, 2020. On December 1, 2020, the Court continued this matter to December 10, 2020. Counsel for defendant is not available on December 10, 2020, therefore the parties are requesting December 17, 2020 as an initial appearance and admit/deny hearing date. On May 13, 2020, this Court issued General Order 618, which suspends all jury trials in the Eastern District of California "until further notice." Further, pursuant to General Order 611, this Court's declaration of judicial emergency under 18 U.S.C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020 continuing this Court's judicial emergency, this Court has allowed district judges to continue all criminal matters to a date after May 2, 2021.[1] This and previous General Orders, as well as the declarations of judicial emergency, were entered to address public health concerns related to COVID-19.

---

[1] A judge "may order case-by-case exceptions" at the discretion of that judge "or upon the request of counsel, after consultation with counsel and the Clerk of the Court to the extent such an order will impact court staff and operations." General Order 618, ¶ 7 (E.D. Cal. May 13, 2020).

STIPULATION TO CONTINUE ADMIT/DENY HEARING     1

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Roger Yang, Assistant United States Attorney, counsel for Plaintiff, and Christopher R. Cosca, counsel for Jannice Riddick**, that the initial appearance and admit/deny hearing scheduled for December 3, 2020 may be vacated and continued to December 17, 2020 at 10:00 a.m.**

This continuance is requested to allow defense counsel the opportunity to conduct further legal research and arrange a meeting with Defendant to discuss potential resolution. At the time of the previous stipulation, the defendant's state case had not been adjudicated, therefore the parties agreed to continue the case. The state case has now been adjudicated and the parties are ready to proceed. In addition, it appears that the defendant has not been arraigned on the Superseding Petition filed on August 26, 2020. The parties request an arraignment on the Superseding Petition. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

IT IS SO STIPULATED.

Dated:  December 1, 2020            McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ ROGER YANG
                                    ROGER YANG
                                    Assistant United States Attorney

Dated:  December 1, 2020            /s/ CHRISTOPHER R. COSCA
                                    CHRISTOPHER R. COSCA
                                    Counsel for Defendant
                                    JANNICE RIDDICK

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  December 2, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE ADMIT/DENY HEARING                2