COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JANNICE RIDDICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  2:13-CR-00103 MCE |
| | ) |
| Plaintiff, | ) **WAIVER OF PERSONAL APPEARANCE AND** |
| | ) **REQUEST TO APPEAR VIA VIDEO-** |
| vs. | ) **TELECONFERENCE** |
| | ) |
| JANNICE RIDDICK, | ) Date: December 17, 2020 |
| | ) Time: 10:00 A.M. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |
| | ) |

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings.

Ms. Riddick, having been advised of her right to appear in person for her Initial Appearance and Admit/Deny hearing, as well as of the ability to waive her personal appearance and appear via video-teleconference, has elected to waive her right to personally appear at her December 17, 2020 Initial Appearance and Admit/Deny hearing. She instead requests to appear via video-teleconference.  If video-teleconference becomes unavailable, she consents to appear via teleconference.

///

Ms. Riddick further agrees that the Initial Appearance and Admit/Deny hearing in this matter cannot be further delayed without serious harm to the interests of justice, within the meaning of General Order 614.

Finally, Ms. Riddick consents to counsel signing this waiver on her behalf, pursuant to General Order 616.  She stipulates that i) obtaining her wet signature is both impractical and imprudent, given the pandemic; ii) she has had an opportunity to consult with counsel regarding this matter; and iii) after said consultation, she consents to her counsel signing this order electronically on her behalf.

Respectfully submitted,

Date: December 2, 2020           */s/ Chris Cosca for Jannice Riddick*
                                  JANNICE RIDDICK
                                  DEFENDANT


Date: December 2, 2020           */s/ Chris Cosca*
                                  CHRIS COSCA
                                  Attorney for Defendant
                                  JANNICE RIDDICK


**O R D E R**

The Court, having received and considered the defendant's waiver of personal appearance, and good cause appearing therefrom, hereby orders that the defendant's electronic signature is accepted pursuant to General Order 616.  Furthermore, her request to appear via video-teleconference (or telephone, if video-teleconference services become unavailable) for the December 17, 2020 Initial Appearance and Admit/Deny hearing is GRANTED.

IT IS SO ORDERED.

Dated:  December 7, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE